UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: REBECCA JOHNSON  NO. 3:02-gp-18 (AWT)

January 30, 2023

**PROPOSED MENTORSHIP PLAN**

Pursuant to the court requirement that Respondent Rebecca Johnson be reinstated to practice in the federal district court upon condition of a three year mentorship, the following is presented as a proposed mentorship plan, with the undersigned agreeing to act as a mentor.

I.  REFRESHER TRAINING

This plan will call for Attorney Johnson to engage in refresher training to restore an active and robust understanding of the substantive and procedural law related to federal practice.  The undersigned will continue to assist in making her aware of appropriate continuing legal education courses as they become available.

A.  CONTINUING LEGAL EDUCATION

Attorney Johnson will participate in no less than the mandatory minimum number of twelve (12) CLE credits including two (2) ethics/professionalism credits required annually of each Connecticut attorney.

In the first six months (February 1, 2023 through July 31, 2023) Johnson will (1) seek to participate an IOLTA/Law Office Management Course whether through the Connecticut Bar Association (CBA), the American Bar Association (ABA), or the Practising Law Institute (PLI); (2) seek to participate in a federal practice and procedure

1

course; and (3) will participate in at least one on-line or webcast CLE course per month through the first year of reinstatement.

Some courses that have been identified for possible participation are courses previously presented and available through on-line means while others are current courses:

1. <u>Preparing and Conducting a Civil Trial in Federal Court</u> - Presented by Connecticut Bar Association.

2. <u>IOLTA/Law Office Management</u> (EDU221014) - Presented by the CT Bar Institute -

3. <u>40th Annual Section 1983 Civil Rights Litigation</u> - November 30, 2023 - Practising Law Institute

4. <u>Current Developments in Federal Civil Practice 2023</u> - March 15, 2023 - Practising Law Institute

B. <u>PRACTICAL SKILLS TRAINING</u> ( Next 12 months)

Attorney Johnson will be assigned to perform various skills such as research on particular subject matters, draft motions and other pleadings to re-activate and hone these skills.

She will be assigned, whenever she feels comfortable, the conducting of client intake interviews, conducting or defending depositions, attending mediations or status conferences, or if any matters proceed to trial, on any cases of the undersigned.

Attorney Johnson will collaborate with the mentor on two anticipated legal research and writing projects, with the view of possible law review article development for publication most likely in the areas of civil rights litigation and practice and professionalism.

Every effort will be made to secure participation of Attorney Johnson in the National Institute of Trial Advocacy (NITA) 2023 <u>Building Trial Skills Course</u>, an intensive five day course, if sufficient financial assistance through scholarships can be obtained.

C.  <u>GENERAL OVERSIGHT OF LAW PRACTICE</u>

On at least a bi-weekly basis Johnson will confer with mentor regarding any issues of client development, case strategy, clients funds or IOLTA issues, continuing legal education, and networking for re-entry into the profession.  More specifically, mentor will:

1. Work with Attorney Johnson to review state statutes relevant to client retainer agreements to ensure that she uses retainer agreements appropriate for use with clients.

2. Will communicate with Attorney Johnson by electronic mail, telephone and zoom meetings monthly during the initial year of the mentoring process, and subsequently tapering down to quarterly or as needed basis to address any issues that may arise regarding her federal court practice.

3. Will work with her to develop parameters for her federal court practice goals and practice areas. This includes conducting an initial assessment of her knowledge of federal court rules, policies, practices, and procedures, as well as an assessment of her management of case files, training, and support in law office management software designed to grow and efficiently manage her practice.

4. Will encourage her to seek professional networking opportunities such as through the Connecticut Bar Association Annual Legal Conference, the Crawford Black Bar Association, or other professionally sponsored events.

Mentor agrees to submit any written status reports to the court on any periodic basis as the court may require.

The undersigned looks forward to this proposed opportunity to work with Attorney Johnson as her mentor.

THE RESPONDENT
BY:  /s/Josephine S. Miller
Josephine S. Miller, Fed Bar # ct27039
130 Deer Hill Avenue, Unit #13
Danbury, CT. 06810
Tel:  (203) 512-2795
Email:  jsmillerlaw@gmail.com

CERTIFICATION

This is to certify that the foregoing Proposed Mentorship Plan was filed on January 30, 2023.  All parties may access this filing through the court CMECF system.

/s/ Josephine S. Miller
Josephine S. Miller